## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA

The People of the united States of America,
*ex rel* Janet-Monica: Pytynia©, *in esse*, neutral,
dba JANET MONICA PYTYNIA™,

        Claimant,

versus

UNITED STATES, INC., a DELAWARE corporation;
DUKE ENERGY, a DELAWARE corporation;
DUKE ENERGY FLORIDA LLC, a DELAWARE
corporation;
Janet Yellen, *in esse*, dba SECRETARY, U.S.
TREASURY, RECEIVER in U.S. BANKRUPTCY;

        Respondents.

**ARTICLE III COURT**

**International Jurisdiction**

Cause No. 6:22-cv-1999

2022 OCT 31 PM 2: 59

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED

### EMERGENCY MOTION
### FOR AN INJUNCTION TO
### PREVENT DISRUPTION OF SERVICE

COMES NOW Janet-Monica: Pytynia, a noncorporate living woman, by Special

Visitation, who submits this EMERGENCY MOTION FOR AN INJUNCTION TO PREVENT

DISRUPTION OF SERVICE.

On numerous occasions I have submitted statements, accounts, and documentation to

Janet Yellen, doing business as the Receiver of the U.S. bankruptcy, and her representative only

known as the OFFICE OF EXECUTIVE SECRETARY, DEPARTMENT OF THE

TREASURY, INTERNAL REVENUE SERVICE at 1500 Pennsylvania Avenue in Washington,

D.C. received from DUKE ENERGY and/or DUKE ENERGY FLORIDA LLC on behalf of the

legal fiction/*ens legis* known as JANET MONICA PYTYNIA™.

I have also submitted a "Promissory Note" to the BUREAU OF FISCAL SERVICE,

DEPARTMENT OF THE TREASURY, in the amount of five million dollars ($5,000,000.00),

with a copy to the Secretary via her Executive Secretary, to the benefit of DUKE ENERGY. I

1

also submitted a "U.S. Treasury 'Letter of Credit' Draw" to the Secretary directing the Secretary to pay one hundred thousand dollars ($100,000.00) directly to DUKE ENERGY for the account for which the *ens legis* is beholden. Copies of these two documents are attached hereto and reiterated as though fully set forth herein.

Nothing needs to be done by the TREASURY regarding the Promissory Note; however, it appears that the Secretary has not been able to issue a check yet to DUKE ENERGY or that such check has not been received by DUKE ENERGY on behalf of the *ens legis*. As the authorized representative of the fictional entity JANET MONICA PYTYNIA™, the *ens legis* created by STATE OF INDIANA, I have taken all the steps known to me to see that the Receiver in the U.S. bankruptcy handles the matter on behalf of UNITED STATES, INC. as required by law short of filing the instant action to have the matter adjudicated or taking the matter to the U.S. BANKRUPTCY COURT to force an involuntary bankruptcy on DUKE ENERGY.

WHEREFORE, I am imploring this Article III Court to issue a temporary injunction against DUKE ENERGY to prevent them from disrupting service pending full adjudication of the instant matter.

All rights reserved, without prejudice

By: _____ ©
Janet-Monica: Pytynia©, *in esse*
Equitable Beneficial Title Holder, Prime Creditor, Subrogee
Agent for *ens legis* JANET MONICA PYTYNIA™

Dated: October 29, 2022

25 Trophy Lane
Kissimmee, Florida [34759]
305-363-5518

2