**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANET-MONICA PYTYNIA,

        Plaintiff,

v.                                                  Case No:   6:22-cv-1999-CEM-LHP

UNITED STATES, INC., DUKE
ENERGY, DUKE ENERGY FLORIDA,
LLC and JANET YELLEN,

        Defendants

---

**ORDER TO STRIKE**

This cause comes before the Court on review of Plaintiff's "Prime Creditor Claim to Right of Subrogation and Demand for Remedy/Restitution."  Doc. No. 9. Upon review, the filing is **ORDERED stricken** for failure to comply with the Local Rules, including Local Rule 1.08's format requirements, Local Rule 3.01(a)'s page limitations, and Local Rule 3.01(g)'s conferral requirements.  Any renewed filings must comply with all applicable rules.

Plaintiff is cautioned that although she proceeds *pro se*, all filings in this matter must comply with the Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders.  *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989)

(A *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).  *See also* Doc. No. 4.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties